IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN L. LAFRANCE HOLDING INC., et al., | : : : | CIVIL ACTION |
| v. | : : | |
| NATIONAL MILK PRODUCERS FEDERATION, et al. | : : | NO. 12-70 |

ORDER

AND NOW, this 31st day of July, 2012, upon consideration of the defendants' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Docket No. 43), the plaintiffs' opposition thereto, the defendants' brief in reply and Supplemental Notice of Decision in Related Case, the plaintiffs' response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.

The clerk is directed to TRANSFER the above-captioned case to the United States District Court for the Northern District of California forthwith.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.